PD-1445-15                83,766-01

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

RE: WR-83,766-01        EX PARTE ERIC MOLINA

## MOTION FOR SUSPENSION OF RULES ACCORDING TO TRAP #2

TO THE HONORABLE JUSTICES OF THE COURT:

Comes now Eric Molina, Applicant pro se and respectfully moves the Court to suspend TRAP rules 9.3 and 9.4 governing copies and form. In support, Applicant will show:

### I.

On 8/10/12, Applicant was found guilty of Sexual Assault (Adult) in the 137th Dist. Court in Lubbock, TX. He was sentenced to a term of 20 years imprisonment.

### II.

Applicant is in the custody of the TX. Dept. of Criminal Justice and has no access to:
- a mechanical copier to produce the required number of copies to comply with TRAP 9.3.
- printing/binding services to comply with TRAP 9.4.

### III.

This is Applicant's first motion for a suspension of rules. Applicant is unable to meet the requirements for proper PDR filing due to his incarceration.

### IV.

Applicant prays this Court grant his Motion according to TRAP #2 and suspend rules 9.3 and 9.4.

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 15 2015

Abel Acosta, Clerk

Respectfully submitted,

E. Molina

Eric Molina
Applicant, pro se

## CERTIFICATE OF SERVICE

I hereby certify that on 12/11/15, a true and correct copy of this Motion was mailed to the State Prosecuting Attorney via U.S. First Class mail at PO Box 13046 Austin, TX 78711.

E. Molina

## UNSWORN DECLARATION

I, Eric Molina (Applicant pro se) TDCJ #1826923 am presently incarcerated at the Price Daniel Unit of the Tx. Dept. of Criminal Justice in Scurry County. I verify and declare under penalty of perjury that the foregoing Motion and statements are true and correct. Dated this day December 12th, 2015.

E. Molina
Eric Molina, Applicant
#1826923
938 S. FM 1673
Snyder, TX 79549